DECEMBER, 1824.

Shields
v.
Lyon.

---

### Tombeckbee Bank *against* Freeman.

*December*, 1824.

, JUDGE *Crenshaw* delivered the opinion of the Court.

A motion on behalf of the *Tombeckbee Bank* against *Freeman*, as Sheriff, and his securities, was overruled by the Circuit Court ; and on this judgment the Bank prosecutes this writ of Error. The writ of Error is against *Freeman* alone, and a motion is now submitted to dismiss it.

*Writ of Error not including all the parties who it appears in the Record should be made defendants dismissed.*

The rules of practice, and the repeated decisions of this Court, require that all the parties to the judgment below should be parties in the writ of Error ; and that the judgment described in the writ of Error should appear to be the same which was rendered in the Court below. A motion against *Freeman*, and judgment for him thereon, are not the same as a motion and judgment in a case against him and his securities. Such defect could not be cured by any thing short of a joinder in Error.

Let the writ of Error be dismissed.

---

### Adams and al. *against* Robinson.

*December*, 1824.

JUDGE *Crenshaw* delivered the opinion of the Court.

A warrant issued from a Justice of the Peace in favour of *Robinson* against *Adams, Wade,* and *Terry,* which was executed on *Wade* and *Terry* only. The Justice of the Peace rendered judgment by default ; they appealed to the Circuit Court, and gave *Reynolds* as their security. The judgment of the Circuit Court was rendered against them and *Reynolds,* and the Record is now brought here by a writ of Error in which *Adams, Wade, Terry,* and *Reynolds* are all made plaintiffs in Error. A motion is made to dismiss the writ of Error, because it appears that *Adams* was not a party to the judgment below. This matter is sustained by the Record.

*Writ of Error in name of more plaintiffs than were parties to judgment below dismissed.*

Let the writ of Error be dismissed.